No. 475. CAPITAL TRANSIT CO. *v.* UNDERWOOD. United States Court of Appeals for the District of Colum-

bia Circuit. Certiorari denied. *George D. Horning, Jr.* for petitioner. *Foster Wood* for respondent.